ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Environmental Tectonics Corporation ) | ASBCA No. 58278 |
| ) | |
| Under Contract No. FA8626-10-C-2102 ) | |

APPEARANCES FOR THE APPELLANT:     Michael H. Payne, Esq.
                                   Robert G. Ruggieri, Esq.
                                     Cohen Seglias Pallas Greenhall
                                     & Furman PC
                                     Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Col Robert J. Preston II, USAF
                                     Acting Air Force Chief Trial Attorney
                                   Erika L. Whelan Retta, Esq.
                                   Skye Mathieson, Esq.
                                     Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE WILLIAMS

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that this appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,100,000.00. If payment is not made within 60 days of the date of this Opinion, interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 starting on the 61st day until date of payment.

Dated: 2 May 2014

PAUL WILLIAMS
Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur

MARK N. STEMPLER                              PETER D. TING
Administrative Judge                          Administrative Judge
Vice Chairman                                 Armed Services Board
Armed Services Board                          of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58278, Appeal of Environmental Tectonics Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals